# EXHIBIT A

<u>**Index of Documents Filed in State Case**</u>:

- C-1:  Plaintiff's Petition
- C-2:  Civil Case Information Sheet
- C-3:  Citation
- C-4:  Letter re Hearing on Dismissal for Want of Prosecution
- C-5:  Return of Service

# <u>EXHIBIT B</u>

# Case Information

DC-16-11769 | TRACY GRIFFITH CONSULTING LLC vs. ONE JET, INC

| Case Number | Court | File Date |
|---|---|---|
| DC-16-11769 | 101st District Court | 09/14/2016 |

| Case Type | Case Status | |
|---|---|---|
| CNTR CNSMR COM DEBT | OPEN | |

# Party

PLAINTIFF
TRACY GRIFFITH CONSULTING LLC

Aliases
*DBA* ASCENDIUM GROUP

Active Attorneys ▾

Lead Attorney
TURNER, CALLI A.
Retained

Work Phone
214-999-4574

Fax Phone
214-999-3574

DEFENDANT
ONE JET, INC

Aliases
*FKA* PRIMAIR INC
Address
PATRICK J MAGUIRE, REGISTERED AGENT
1100 LARKSPUR LANDING CIR, SUITE 340
LARKSPUR CA 94939

## Events and Hearings

09/14/2016 NEW CASE FILED (OCA) - CIVIL

09/14/2016 ORIGINAL PETITION ▾

PrimAir.pdf

PrimAir Civil Cover.pdf

Comment
Plaintiff's Original Petition, Suit on Sworn Account, and Requests for Disclosure

09/14/2016 ISSUE CITATION

09/16/2016 CITATION ISSUED ▾

OC16-11769.pdf

09/16/2016 CITATION ▾

Anticipated Server
ESERVE

Anticipated Method
Actual Server
OUT OF STATE

Returned
10/25/2016
Comment
ESERVE/AM

10/25/2016 RETURN OF SERVICE ▾

RETURN OF SERVICE

Comment
CIT ISSUED TO ONE JET EXEC 10-7-16 CALIFORNIA

11/18/2016 DISMISSAL FOR WANT OF PROSECUTION ▼

Ad Hoc Hearing

Judicial Officer
WILLIAMS, STACI

Hearing Time
9:00 AM

## Financial

TRACY GRIFFITH CONSULTING LLC

|  |  |  |  |  |
|---|---|---|---|---|
| | Total Financial Assessment | | | $295.00 |
| | Total Payments and Credits | | | $295.00 |
| 9/14/2016 | Transaction Assessment | | | $295.00 |
| 9/14/2016 | CREDIT CARD - TEXFILE (DC) | Receipt # 58855-2016-DCLK | TRACY GRIFFITH CONSULTING LLC | ($295.00) |

## Documents

PrimAir.pdf

PrimAir Civil Cover.pdf

DC16-11769.pdf

Ad Hoc Hearing

RETURN OF SERVICE

# EXHIBIT C-1

FILED
DALLAS COUNTY
9/14/2016 12:08:15 PM
FELICIA PITRE
DISTRICT CLERK
Jesse Reyes

CAUSE NO. _____

DC-16-11769

| | | |
|---|---|---|
| TRACY GRIFFITH CONSULTING | § | |
| LLC d/b/a ASCENDIUM GROUP, | § | IN THE DISTRICT COURT |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| v. | § | _____ JUDICIAL DISTRICT |
| | § | |
| ONE JET, INC. | § | |
| f/k/a PRIMAIR, INC., | § | |
| | § | |
| DEFENDANT. | § | DALLAS COUNTY, TEXAS |

**PLAINTIFF'S ORIGINAL PETITION, SUIT ON SWORN ACCOUNT,
AND REQUESTS FOR DISCLOSURE**

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff Tracy Griffith Consulting LLC d/b/a Ascendium Group ("Ascendium")

complains of Defendant One Jet, Inc. f/k/a PrimAir, Inc. ("PrimAir") and for cause of action

would show as follows:

**I.**

**DISCOVERY PLAN AND CLAIM FOR RELIEF**

1.      Discovery in this matter will be conducted pursuant to Level Two as set forth in

Texas Rule of Civil Procedure 190.3. Plaintiff Ascendium seeks monetary relief over $100,000,

but not more than $200,000.

**II.**

**PARTIES**

2.      Plaintiff Ascendium is a Texas limited liability company.

3.      Defendant PrimAir is a California corporation that may be served through its

registered agent Patrick J. Maguire, 1100 Larkspur Landing Circle, Suite 340, Larkspur,

California 94939.

## III.

### JURISDICTION

4.      This Court has jurisdiction over the parties and the subject matter of the current controversy because Ascendium and PrimAir conduct business in Texas, and this is an action seeking damages within the jurisdictional limits of this Court.

## IV.

### VENUE

5.      Venue is appropriate in Dallas County, Texas, pursuant to Section 15.002 of the Texas Civil Practices & Remedies Code because it is the county in which all or a substantial part of the events or omissions giving rise to the claim occurred.

## V.

### BACKGROUND FACTS

6.      Plaintiff Ascendium is an airline consulting firm that provides services to clients in the airline industry.

7.      Defendant PrimAir is an airline brand that specializes in charter, small business jets.

8.      On or about October 2, 2014, Ascendium and PrimAir executed a Master Services Agreement ("Agreement") in which Ascendium agreed to perform consulting services for PrimAir and, in exchange, PrimAir agreed to pay Ascendium for its services. A true and correct copy of the Agreement is attached as Exhibit A-1.

9.      Although Ascendium performed under the Agreement by providing the consulting services, PrimAir failed to pay for the services provided.

10.     To date, PrimAir owes Ascendium $102,288.62 for services rendered.

11.     By correspondences dated August 5, 2016 and August 24, 2016, Ascendium forwarded formal written demand for payment to PrimAir.  True, correct, and complete copies of the demand letters are attached as Exhibits B and C.

12.     Despite formal demand for payment, PrimAir owes Ascendium $102,288.62, plus attorneys' fees and interest, as set forth below.

## VI.

## CAUSES OF ACTION

### A.     Breach of Contract

13.     Plaintiff Ascendium realleges and incorporates by reference the allegations set forth above in Paragraphs 1 through 12.

14.     As set forth above, Ascendium and PrimAir executed the Agreement.  Pursuant to the Agreement, Ascendium agreed to provide consulting services to PrimAir, and PrimAir agreed to pay Ascendium for the services provided.

15.     Ascendium fully performed its contractual obligations by providing PrimAir with all required consulting services.  PrimAir, however, has not performed its contractual obligation.   Specifically,  PrimAir has failed to pay Ascendium $102,288.62 for services Ascendium provided to PrimAir.

### B.     Quantum Meruit.

16.     Plaintiff Ascendium realleges and incorporates by reference the allegations set forth above in Paragraphs 1 through 15.

17.     Ascendium tendered valuable services to PrimAir.  PrimAir accepted, used, and enjoyed the benefits of said services and was reasonably notified that Ascendium was expecting to be fully compensated by PrimAir for the services provided.  PrimAir will be unjustly

enriched in the amount claimed by Ascendium if allowed to retain the benefit conferred on it without payment for the reasonable value of the services provided by Ascendium to PrimAir.

**C.      Suit on a Sworn Account.**

18.      Plaintiff Ascendium realleges and incorporates by reference the allegations set forth above in Paragraphs 1 through 17.

19.      In the usual course of business, Ascendium provided services to PrimAir as set out in the Open Invoice Report attached as Exhibit A-2. After applying all just and lawful offsets and credits, the total amount of the unpaid services provided by Ascendium to PrimAir is $102,288.62. *See* Affidavit of Tracy Griffith, attached hereto and incorporated herein for all purposes as Exhibit A. This account represents a transaction or a series of transactions in which a systematic record has been kept by Ascendium.

20.      After Ascendium fully performed its obligations to PrimAir, PrimAir refused to pay Ascendium. Specifically, there is an outstanding balance on the account in the sum of $102,288.62.

## VII.

## CONDITIONS PRECEDENT

21.      All conditions precedent have been performed or have occurred as required by Rule 54 of the Texas Rule of Civil Procedure.

## VIII.

## ATTORNEY'S FEES

22.      At the time of filing this Petition, payment for the just amount owed has not been tendered. As a result of PrimAir's failure to pay the claim, Ascendium has been required to retain the undersigned legal counsel to institute and prosecute this action. Ascendium is,

therefore, entitled to recover its reasonable attorneys' fees for services rendered in bringing this suit.

## IX.

## INTEREST

23.     Ascendium will further show that it is entitled to recover pre- and post-judgment interest in accordance with law and equity as part of its damages herein, and Ascendium now sues for recovery of pre- and post-judgment interest as provided by law and equity, under the applicable provision of the laws of the State of Texas.

## X.

## REQUESTS FOR DISCLOSURE

24.     Pursuant to Texas Rule of Civil Procedure 194, Ascendium requests that PrimAir disclose, within fifty (50) days of the service of this request, the information or material described in Texas Rule of Civil Procedure 194.2.

## XI.

## PRAYER FOR RELIEF

WHEREFORE, PREMISES CONSIDERED, Plaintiff Ascendium requests that Defendant PrimAir be cited to appear and answer and that upon final hearing Plaintiff Ascendium have:

a.     Judgment against PrimAir for actual damages;

b.     Pre- and post-judgment interest;

c.     Attorneys' fees;

d.     Costs of Court; and

e.     All other and further relief, special or general, legal or equitable, as Ascendium may be shown to be justly entitled to receive.

Respectfully submitted,

*/s/ Calli A. Turner*

By: _____

Calli A. Turner
Texas Bar No. 24088558
GARDERE WYNNE SEWELL LLP
3000 Thanksgiving Tower, 1601 Elm
Street
Dallas, Texas 75201-4761
214.999.4315
214.999.3315 FAX
cturner@gardere.com

ATTORNEY FOR PLAINTIFF

**EXHIBIT A**

CAUSE NO. _____

| | | |
|---|---|---|
| ASCENDIUM GROUP, | § | IN THE DISTRICT COURT |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| vi. | § | ____ JUDICIAL DISTRICT |
| | § | |
| PRIMAIR, INC., | § | |
| | § | |
| DEFENDANT. | § | DALLAS COUNTY, TEXAS |

## AFFIDAVIT OF TRACY GRIFFITH

STATE OF T E X A S    §
                      §
COUNTY OF _____  §

BEFORE ME, the undersigned authority, on this day did personally appear Tracy Griffith, and after first being duly sworn, did depose and state the following:

1. "My name is Tracy Griffith. I am of sound mind, over the age of twenty-one (21) years, capable of making this affidavit, and have personal knowledge of the facts stated herein, which are true and correct. Furthermore, I am competent and authorized to make this sworn statement.

2. I am the owner and CEO of Plaintiff Tracy Griffith Consulting LLC d/b/a Ascendium Group ('Ascendium'). In that capacity, I am authorized to make this affidavit, and my responsibilities include supervising all matters related to the execution and performance of consulting services agreements.

3. Attached to this affidavit, as Exhibit A-1, is a true and correct copy of the Master Services Agreement executed by Ascendium and Defendant PrimAir, Inc. ('PrimAir') on or about October 2, 2014.

4. Further, attached to this affidavit as Exhibit A-2, is a true and correct copy of the Open Invoice Report, which reflects all unpaid invoices issued to PrimAir under the Agreement, as payment for services rendered by Ascendium, including an accounting of the unpaid (open) balance for each invoice and the total outstanding balance owed to Ascendium by PrimAir. These unpaid invoices range from November 30, 2015, to July 15, 2016.

5. Exhibit A-2 is true and correct accounting of all unpaid invoices issued under the Agreement, showing a systematic record of the transactions whereby Ascendium provided airline consulting services to PrimAir. These invoices were submitted to PrimAir in the ordinary course of Ascendium's business.

6. The total amount owed to Ascendium for these outstanding invoices under the Agreement is $102,288.62.

7.    PrimAir agreed to pay the invoices issued by Ascendium within 30 days.  To date, PrimAir has made no payments for the invoices reflected in Exhibit A-2. Thus, the balance due to Ascendium is $102,288.62, after all just and lawful offsets, credits, and payments have been allowed.

8.    As a result of PrimAir's failure to make payment on the debt, Ascendium has been required to obtain the services of counsel."

Further, Affiant sayeth not.

_____

Tracy Griffith

Tracy Griffith Consulting LLC

d/b/a Ascendium Group

SUBSCRIBED AND SWORN TO BEFORE ME, the undersigned authority, on this the _13th_ day of September, 2016, to certify which witness my hand and seal of office.



_____

Notary Public in and for the State of Texas

NGEUNH A. BOULOM
Notary Public
STATE OF TEXAS
My Comm. Exp. Dec. 8, 2018

Gardere01 - 9422594v.1

**EXHIBIT A-1**

2:35 PM
09/09/16

# Tracy Griffith Consulting LLC
## Open Invoices
### As of September 9, 2016

**OneJet**

| Type | Date | Num | Memo | Aging | Open Balance |
|------|------|-----|------|-------|--------------|
| Invoice | 01/31/2016 | 8031 | OJ Staffing Jan 16 - Jan 30 2016 | 192 | 4,458.61 |
| Invoice | 02/15/2016 | 8038 | OJ Staffing Feb 1 - Feb 15 2016 | 177 | 7,588.00 |
| Invoice | 02/29/2016 | 8044 | OJ Staffing Feb 16 - Feb 29 2016 | 163 | 6,864.00 |
| Invoice | 03/15/2016 | 8054 | OJ Staffing Mar 1 - Mar 15 2016 | 148 | 7,376.00 |
| Invoice | 03/31/2016 | 8063 | OJ Staffing Mar 16 - Mar 31 2016 | 132 | 7,600.00 |
| Invoice | 04/15/2016 | 8070 | OJ Staffing Apr 1 - Apr 15 2016 | 117 | 7,376.00 |
| Invoice | 04/30/2016 | 8080 | OJ Staffing Apr 16 - Apr 30  2016 | 102 | 7,120.00 |
| Invoice | 05/15/2016 | 8089 | OJ Staffing May 1 - May 15 2016 | 87 | 7,120.00 |
| Invoice | 05/31/2016 | 8106 | OJ Staffing May 16 - May 31 2016 | 71 | 7,120.00 |
| Invoice | 06/15/2016 | 8123 | OJ Staffing Jun 1 - Jun 15 2016 | 56 | 7,430.00 |
| Invoice | 06/30/2016 | 8129 | OJ Staffing June 16 - June 30 2016 | 41 | 7,376.00 |
| Invoice | 07/15/2016 | 8153 | OJ Staffing July 1 - July 15 2016 | 26 | 4,544.00 |
| Invoice | 08/23/2016 | FC 6 | Finance Charge | 17 | 12,444.01 |
| Invoice | 07/31/2016 | 8162 | OJ Staffing July 16 - July 31 | 10 | 5,312.00 |
| Invoice | 08/05/2016 | 8195 | OJ Staffing Aug 1 - Aug 5 2016 | 5 | 2,560.00 |

**Total OneJet** 102,288.62

**TOTAL** 102,288.62

# **EXHIBIT C-2**

# CIVIL CASE INFORMATION SHEET
## DC-16-11769

CAUSE NUMBER *(FOR CLERK USE ONLY)*: _____   COURT *(FOR CLERK USE ONLY)*: _____

STYLED _____
(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

| 1. Contact information for person completing case information sheet: | | Names of parties in case: | Person or entity completing sheet is: |
|---|---|---|---|
| Name: | Email: | Plaintiff(s)/Petitioner(s): | X Attorney for Plaintiff/Petitioner |
| | | | ☐ *Pro Se* Plaintiff/Petitioner |
| Calli A. Turner | cturner@gardere.com | Tracy Griffith Consulting LCC d/b/a | ☐ Title IV-D Agency |
| | | Ascendum Group | ☐ Other: _____ |
| Address: | Telephone: | | |
| | | | Additional Parties in Child Support Case: |
| Gardere Wynne Sewell LLP | 214-999-4315 | Defendant(s)/Respondent(s): | |
| 1601 Elm Street, Suite 3000 | | | Custodial Parent: |
| | Fax: | One Jet, Inc. f/k/a Primair, Inc. | |
| City/State/Zip: | | | |
| | 214-999-3315 | | Non-Custodial Parent: |
| Dallas, TX 75201 | | [Attach additional page as necessary to list all parties] | |
| | State Bar No: | | |
| Signature: | | | Presumed Father: |
| /s/ Calli A. Turner | 24088558 | | |

**2. Indicate case type, or identify the most important issue in the case** *(select only 1)*:

| Civil | | | Family Law | |
|---|---|---|---|---|
| **Contract** | **Injury or Damage** | **Real Property** | **Marriage Relationship** | **Post-judgment Actions (non-Title IV-D)** |
| *Debt/Contract* | ☐ Assault/Battery | ☐ Eminent Domain/ | ☐ Annulment | ☐ Enforcement |
| ☐ Consumer/DTPA | ☐ Construction | Condemnation | ☐ Declare Marriage Void | ☐ Modification—Custody |
| X Debt/Contract | ☐ Defamation | ☐ Partition | *Divorce* | ☐ Modification—Other |
| ☐ Fraud/Misrepresentation | *Malpractice* | ☐ Quiet Title | ☐ With Children | **Title IV-D** |
| ☐ Other Debt/Contract: | ☐ Accounting | ☐ Trespass to Try Title | ☐ No Children | ☐ Enforcement/Modification |
| | ☐ Legal | ☐ Other Property: | | ☐ Paternity |
| *Foreclosure* | ☐ Medical | | | ☐ Reciprocals (UIFSA) |
| ☐ Home Equity—Expedited | ☐ Other Professional | | | ☐ Support Order |
| ☐ Other Foreclosure | Liability: | | | |
| ☐ Franchise | | **Related to Criminal Matters** | | **Parent-Child Relationship** |
| ☐ Insurance | ☐ Motor Vehicle Accident | ☐ Expunction | **Other Family Law** | ☐ Adoption/Adoption with |
| ☐ Landlord/Tenant | ☐ Premises | ☐ Judgment Nisi | ☐ Enforce Foreign | Termination |
| ☐ Non-Competition | *Product Liability* | ☐ Non-Disclosure | Judgment | ☐ Child Protection |
| ☐ Partnership | ☐ Asbestos/Silica | ☐ Seizure/Forfeiture | ☐ Habeas Corpus | ☐ Child Support |
| ☐ Other Contract: | ☐ Other Product Liability | ☐ Writ of Habeas Corpus— | ☐ Name Change | ☐ Custody or Visitation |
| | List Product: | Pre-indictment | ☐ Protective Order | ☐ Gestational Parenting |
| | | ☐ Other: _____ | ☐ Removal of Disabilities | ☐ Grandparent Access |
| | ☐ Other Injury or Damage: | | of Minority | ☐ Parentage/Paternity |
| | | | ☐ Other: | ☐ Termination of Parental |
| | | | | Rights |
| **Employment** | **Other Civil** | | | ☐ Other Parent-Child: |
| ☐ Discrimination | ☐ Administrative Appeal | ☐ Lawyer Discipline | | |
| ☐ Retaliation | ☐ Antitrust/Unfair | ☐ Perpetuate Testimony | | |
| ☐ Termination | Competition | ☐ Securities/Stock | | |
| ☐ Workers' Compensation | ☐ Code Violations | ☐ Tortious Interference | | |
| ☐ Other Employment: | ☐ Foreign Judgment | ☐ Other: | | |
| | ☐ Intellectual Property | | | |

| Tax | Probate & Mental Health | |
|---|---|---|
| ☐ Tax Appraisal | *Probate/Wills/Intestate Administration* | ☐ Guardianship—Adult |
| ☐ Tax Delinquency | ☐ Dependent Administration | ☐ Guardianship—Minor |
| ☐ Other Tax | ☐ Independent Administration | ☐ Mental Health |
| | ☐ Other Estate Proceedings | ☐ Other: _____ |

**3. Indicate procedure or remedy, if applicable** *(may select more than 1)*:

| | | |
|---|---|---|
| ☐ Appeal from Municipal or Justice Court | X Declaratory Judgment | ☐ Prejudgment Remedy |
| ☐ Arbitration-related | ☐ Garnishment | ☐ Protective Order |
| ☐ Attachment | ☐ Interpleader | ☐ Receiver |
| ☐ Bill of Review | ☐ License | ☐ Sequestration |
| ☐ Certiorari | ☐ Mandamus | ☐ Temporary Restraining Order/Injunction |
| ☐ Class Action | ☐ Post-judgment | ☐ Turnover |

**4. Indicate damages sought (*do not select if it is a family law case*):**
☐ Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
☐ Less than $100,000 and non-monetary relief
X Over $100, 000 but not more than $200,000
☐ Over $200,000 but not more than $1,000,000
☐ Over $1,000,000

Rev 2/13

# Instructions for Completing the Texas Civil Case Information Sheet

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing. If the original petition, application or post-judgment petition or motion is e-filed, the case information sheet must not be the lead document.

This sheet, required by Rule 78a of the Texas Rules of Civil Procedure, is intended to collect information that will be used for statistical and administrative purposes only. It neither replaces nor supplements the filings or service of pleading or other documents as required by law or rule. The sheet does not constitute a discovery request, response, or supplementation, and it is not admissible at trial.

The attorney or self-represented (*pro se*) plaintiff/petitioner filing the case or post-judgment petition or motion should complete the sheet as follows:

**1. Contact information**

    **a) Contact information for person completing case information sheet.** Enter the following information:
- name;
- address;
- city, state, and zip code;
- email address;
- telephone number;
- fax number, if available;
- State Bar number, if the person is an attorney; and
- signature. (*NOTE: When a case information sheet is submitted electronically, the signature may be a scanned image or "/s/" and the name of the person completing the case information sheet typed in the space where the signature would otherwise appear.*)

    **b) Names of parties in the case.** Enter the name(s) of the:
    (*NOTE: If the name of a party to a case is confidential, enter the party's initials rather than the party's name.*)
- plaintiff(s) or petitioner(s);
- defendant(s) or respondent(s); and
- in child support cases, additional parties in the case, including the:
  - custodial parent;
  - non-custodial parent; and
  - presumed father.

    Attach an additional page as necessary to list all parties.

    **c) Person or entity completing sheet is.** Indicate whether the person completing the sheet, or the entity for which the sheet is being completed, is:
- an attorney for the plaintiff or petitioner;
- a *pro se* (self-represented) plaintiff or petitioner;
- the Title IV-D agency; or
- other (provide name of person or entity).

**2. Case type.**
    Select the case category that best reflects the most important issue in the case. *You must select only one.*

**3. Procedure or remedy.**
    If applicable, select any of the available procedures or remedies being sought in the case. You may select more than one.

**4. Damages sought.**
    Select the damages being sought in the case:
    (*NOTE: If the claim is governed by the Family Code, do **not** indicate the damages sought.*)
- only monetary relief of $100,000 or less, including damages of any kind, penalties, costs, expenses, pre-judgment interest and attorney fees;

- monetary relief over $100,000 or less and non-monetary relief;
- monetary relief over $100,000 but nor more than $200,000;
- monetary relief over $200,000 but less than $1,000,000; or
- monetary relief over $1,000,000.

# EXHIBIT C-3

# FORM NO. 353-3 - CITATION
## THE STATE OF TEXAS

To:

**ONE JET, INC**
**PATRICK J MAGUIRE REGISTERED AGENT**
**1100 LARKSPUR LANDING CIR SUITE 340**
**LARKSPUR CA 94939**

GREETINGS:

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. Your answer should be addressed to the clerk of the **101st District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **TRACY GRIFFITH CONSULTING LLC**

Filed in said Court **14th day of September, 2016** against

**ONE JET, INC**

For Suit, said suit being numbered **DC-16-11769**, the nature of which demand is as follows:
Suit on **CNTR CNSMR COM DEBT** etc. as shown on said petition **REQUESTS FOR DISCLOSURE**, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 16th day of September, 2016.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas

_____, Deputy
            **/s/ Altha Miles**

By _____
            ALTHA MILES



---

**ESERVE**

**CITATION**

**DC-16-11769**

**TRACY GRIFFITH CONSULTING LLC**
vs.
**ONE JET, INC**

ISSUED THIS
**16th day of September, 2016**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By: ALTHA MILES, Deputy

**Attorney for Plaintiff**
CALLI A. TURNER
CTURNER@GARDERE.COM
3000 THANKSGIVING TOWER
1601 ELM ST
DALLAS TX 75201
214-999-4574

**DALLAS COUNTY
SERVICE FEES
NOT PAID**

# OFFICER'S RETURN

Case No. : DC-16-11769

Court No.101st District Court

Style: TRACY GRIFFITH CONSULTING LLC

vs.

ONE JET, INC

Came to hand on the _____ day of _____ 20 _____, at _____ o'clock _____ .M. on the _____ day of _____

within the County of _____ at _____ o'clock _____ .M. Executed at _____

20 _____, by delivering to the within named _____

_____

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by

me in serving such process was _____ miles and my fees are as follows:   To certify which witness my hand.

For serving Citation    $ _____

For mileage    $ _____    of _____ County, _____

For Notary    $ _____    By _____ Deputy

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _____ before me this _____ day of _____, 20 _____

to certify which witness my hand and seal of office.

_____
Notary Public _____ County _____

# EXHIBIT C-4



101st District Court
GEORGE L. ALLEN, SR. COURTS BUILDING
600 COMMERCE STREET
DALLAS, TEXAS 75202-4604
October 10, 2016

CALLI A. TURNER
GARDERE WYNNE SEWELL LLP
3000 THANKSGIVING TOWER
1601 ELM ST
DALLAS TX 75201

Re:   TRACY GRIFFITH CONSULTING LLC  vs.  ONE JET, INC
DC-16-11769

All Counsel of Record/Pro Se Litigants:

This letter is to advise you that this matter is set for a DISMISSAL FOR WANT OF
PROSECUTION hearing on **November 18, 2016** at **9:00 AM** in this Court.

Sincerely,

STACI WILLIAMS
Presiding Judge

SW/ls
pc:  CALLI A. TURNER

# EXHIBIT C-5

CAUSE NO. <u>DC-16-11769</u>

| | | |
|---|---|---|
| TRACY GRIFFITH CONSULTING LLC | § | IN THE DISTRICT COURT |
| D/B/A ASCENDIUM GROUP | § | |
| | § | |
| **Plaintiff,** | § | |
| VS. | § | 101ST JUDICIAL DISTRICT |
| | § | |
| ONE JET, INC. F/K/A PRIMAIR, INC | § | |
| | § | |
| **Defendant.** | § | DALLAS COUNTY, TEXAS |

## <u>RETURN OF SERVICE</u>

Came to my hand on **Thursday, October 6, 2016 at 11:21 AM,**
Executed at: **1100 LARKSPUR LANDING CIR, STE 340, LARKSPUR, CA 94939**
within the county of **MARIN** at **3:38 PM,** on **Friday, October 7, 2016.**
by delivering to the within named:

### ONE JET, INC

By delivering to its **Registered Agent, PATRICK J MAGUIRE**
a true copy of this

### CITATION and PLAINTIFF'S ORIGINAL PETITION, SUIT ON SWORN ACCOUNT, AND REQUESTS FOR DISCLOSURE with EXHIBITS

having first endorsed thereon the date of the delivery.

**BEFORE ME,** the undersigned authority, on this day personally appeared **MATTHEW ANDERSON** who after being duly sworn on oath states: "My name is **MATTHEW ANDERSON.** I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of California. I have personal knowledge of the facts and statements contained in this affidavit and aver that each is true and correct. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude "

<u>**MATTHEW ANDERSON**</u>

Of:   <u>**Marin County**</u>

By:   _____ 10 - 15 - 16
        Authorized Person - #97

Subscribed and Sworn to by **MATTHEW ANDERSON,** Before Me, the undersigned authority, on
this _____ day of October, 2016.    **California Jurat**
                                      **Attached**
                               Notary Public in and for the State of California

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**          **GOVERNMENT CODE § 8202**

☐ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], *not* Notary)

1 _____
2 _____
3 _____
4 _____
5 _____
6 _____

*Signature of Document Signer No. 1*          *Signature of Document Signer No. 2 (if any)*

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _Marin_

Subscribed and sworn to (or affirmed) before me

on this _15_ day of _October_, 20 _16_,
by       *Date*            *Month*          *Year*

(1) _Matthew Anderson_

(and (2) _____ ),
                *Name(s) of Signer(s)*

proved to me on the basis of satisfactory evidence
to be the person(s) who appeared before me.

Signature _Judith L Flinn_

                     *Signature of Notary Public*

JUDITH L. FLINN
COMM. # 2152542
NOTARY PUBLIC-CALIFORNIA
MARIN COUNTY
My Comm. Expires MAY 27, 2020

*Seal*
*Place Notary Seal Above*

───────────────────── **OPTIONAL** ─────────────────────
*Though this section is optional, completing this information can deter alteration of the document or*
*fraudulent reattachment of this form to an unintended document.*
**Description of Attached Document**
Title or Type of Document: _Return of Service_

Number of Pages: _____   Signer(s) Other Than Named Above: _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)    Item #5910

**FORM NO. 353-3 - CITATION**

# THE STATE OF TEXAS

To:
ONE JET, INC
PATRICK J MAGUIRE REGISTERED AGENT
1100 LARKSPUR LANDING CIR SUITE 340
LARKSPUR CA 94939

GREETINGS:
You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. Your answer should be addressed to the clerk of the **101st District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **TRACY GRIFFITH CONSULTING LLC**

Filed in said Court **14th day of September, 2016** against

**ONE JET, INC**

For Suit, said suit being numbered **DC-16-11769**, the nature of which demand is as follows:
Suit on **CNTR CNSMR COM DEBT** etc. as shown on said petition **REQUESTS FOR DISCLOSURE**, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 16th day of September, 2016.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas

By: _____/s/ Altha Miles_____
ALTHA MILES

_____, Deputy

---

FILED
2016 OCT 25   AM 10: 08
FELICIA PITRE
DISTRICT CLERK
DALLAS CO. TEXAS
DEPUTY

---

CITATION

DC-16-11769

TRACY GRIFFITH CONSULTING LLC
vs.
ONE JET, INC

ISSUED THIS
**16th day of September, 2016**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By: ALTHA MILES, Deputy

**Attorney for Plaintiff**
CALLI A. TURNER
CTURNER@GARDERE.COM
3000 THANKSGIVING TOWER
1601 ELM ST
DALLAS TX 75201
214-999-4574

**DALLAS COUNTY
SERVICE FEES
NOT PAID**

# OFFICER'S RETURN

Case No.: DC-16-11769

Court No.101st District Court

Style: TRACY GRIFFITH CONSULTING LLC

vs.

ONE JET, INC

Came to hand on the _____ day of _____, 20_____ at _____ o'clock _____ M. on the _____ day of

within the County of _____, at _____ o'clock _____ M. Executed at

20_____, by delivering to the within named

_____

_____

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by

me in serving such process was _____ miles and my fees are as follows:   To certify which witness my hand.

| | | |
|---|---|---|
| For serving Citation | $ _____ | |
| For mileage | $ _____ | of _____ County, _____ |
| For Notary | $ _____ | By _____ Deputy |

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _____ day of _____, 20_____

before me this _____

to certify which witness my hand and seal of office.

_____
Notary Public _____ County

# EXHIBIT D

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
## *DALLAS DIVISION*

TRACY GRIFFITH CONSULTING LLC
Plaintiff

v.

Civil Action No. _____

ONE JET, INC.
Defendant

## CERTIFICATE OF INTERESTED PERSONS
### (This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

One Jet, Inc.

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
***Please separate names with a comma. Only text visible within box will print.***

None

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
***Please separate names with a comma. Only text visible within box will print.***

Other than the named Defendant, there is no such interest to report.

Date:                  October 28, 2016

Signature:             /s/ David Sergi

Print Name:            David Sergi

Bar Number:            18036000

Address:               329 South Guadalupe Street

City, State, Zip:      San Marcos, TX 78666

Telephone:             512-392-5010

Fax:                   512-392-5042

E-Mail:                david@sergilaw.com

**NOTE:**  To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons