IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TRACY GRIFFITH CONSULTING LLC d/b/a ASCENDIUM GROUP, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CASE NO. 3:16-CV-03044-C |
| ONE JET, INC. f/k/a/ PRIMAIR, INC., | § § § | |
| Defendant. | § § | |

**PLAINTIFF TRACY GRIFFITH CONSULTING LLC d/b/a ASCENDIUM GROUP'S ORIGINAL ANSWER TO DEFENDANT ONE JET, INC.'S COUNTERCLAIM**

Plaintiff Tracy Griffith Consulting LLC d/b/a Ascendium Group ("Ascendium") files this Original Answer to Defendant One Jet, Inc. f/k/a Primair, Inc.'s ("One Jet") Counterclaim.

**ANSWER**

Ascendium responds to the allegations in One Jet's Counterclaim by correspondingly numbered paragraphs as follows:

1.     Ascendium lacks knowledge or information sufficient to form a belief about the truth of the allegations in the paragraph.

2.     Ascendium admits that it and One Jet were parties to a written agreement concerning the provision of consulting services, but denies the remainder of the allegations in the paragraph.

3.     Ascendium denies the allegations in the paragraph.

4.     Ascendium denies the allegations in the paragraph.

5.     Ascendium lacks knowledge or information sufficient to form a belief about the truth of the allegations in the paragraph.

6.     Ascendium admits the allegations in the paragraph.

7. Ascendium lacks knowledge or information sufficient to form a belief about the truth of the allegations in the paragraph.

8. Ascendium lacks knowledge or information sufficient to form a belief about the truth of the allegations in the paragraph.

9. Ascendium lacks knowledge or information sufficient to form a belief about the truth of the allegations in the paragraph.

10. Ascendium admits that it and One Jet entered an agreement on or around October 2, 2014, for the provision of airline consulting services, and that One Jet agreed to pay Ascenium for its services, but denies the remainder of the allegations in the paragraph.

11. Ascendium denies the allegations in the paragraph.

12. Ascendium denies the allegations in the paragraph.

13. Ascendium denies the allegations in the paragraph.

14. No response is required.

15. Ascendium admits the allegations in the paragraph.

16. Ascendium denies the allegations in the paragraph.

17. Ascendium denies the allegations in the paragraph.

18. Ascendium denies the allegations in the paragraph.

## CONCLUSION

Ascendium requests that the Court:

1. Enter judgment for Ascendium on One Jet's counterclaims;

2. Enter judgment for Ascendium on Ascendium's claims;

3. Award Ascendium its damages, attorneys' fees, pre- and post-judgment interest, and costs of court; and

4. Award Ascendium any other relief, at law or in equity, to which it may be justly entitled.

Respectfully submitted,

*/s/ Calli A. Turner*
Calli A. Turner
Texas State Bar No. 24088558
cturner@gardere.com
**Gardere Wynne Sewell LLP**
3000 Thanksgiving Tower
1601 Elm Street
Dallas, Texas 75201
Telephone: (214) 999-3000
Facsimile: (214) 999-4667

**ATTORNEYS FOR PLAINTIFF AND COUNTER DEFENDANT TRACY GRIFFITH CONSULTING LLC d/b/a ASCENDIUM GROUP**

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of November, 2016, a true and correct copy of the foregoing document was served by electronic transmission through the Court's Case Management Electronic Case Filing system.

/s/ Calli A. Turner
Calli A. Turner